Theresa H. Nguyen, SBN 284581
RNguyen@perkinscoie.com
PERKINS COIE LLP
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone:   206.359.6068
Facsimile:   206.359.9000

*Additional counsel of record*
*listed on signature page.*

Attorneys for Plaintiffs
HONG LE and VICTOR VOTHANG

Dennis P. Fitzpatrick, SBN 206664
LAW OFFICES OF D.P. FITZPATRICK
1155 N. 1st Street, Suite 106
San Jose, CA 95112
Telephone:   415-350-4609
DPF.ESQ@sbcglobal.net

Attorneys for Defendants
THUAN NGUYEN, ANTHONY
NGUYEN, HORACIO HOANG
NGUYEN, CALIFORNIA CROISSANT,
INC., and CALI SANDWICHES

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| HONG LE, an individual; and VICTOR VOTHANG, an individual,, <br><br> Plaintiffs, <br><br> v. <br><br> THUAN NGUYEN, an individual; ANTHONY NGUYEN, an individual; HORACIO HOANG NGUYEN, an individual; CALIFORNIA CROISSANT, INC., a corporation; and CALI SANDWICHES AND COFFEE LLC, a limited liability company, <br><br> Defendants. | Case No. 5:24-cv-02998-EKL <br><br> [PROPOSED] **ORDER OF DISMISSAL WITH RETAINED JURISDICTION** <br><br> Judge:   Eumi K. Lee |

-1-

The Court, having reviewed the parties' Joint Status Report and request for dismissal based on settlement, and good cause appearing, hereby orders:

1.      This action is dismissed without prejudice to the Court's retained jurisdiction as set forth below.

2.      The Court expressly retains jurisdiction to enforce the parties' Settlement and Repayment Agreement dated May 22, 2026, including any payment obligations, default provisions, and any stipulated judgment authorized by that agreement.

3.      The material settlement terms relevant to payment and enforcement are incorporated into this Order as follows:

a.      Defendants shall pay Plaintiffs $150,000 by wire transfer on or before June 12, 2026;

b.      Defendants shall thereafter pay $3,500 per month for 24 months, with the first installment due on January 1, 2027;

c.      In the event of default, Defendants shall have a twenty-business-day opportunity to cure after written notice;

d.      Upon an uncured default, Plaintiffs may seek enforcement of the settlement, including acceleration, and entry of the parties' stipulated judgment for $234,000 less credits for payments actually received, plus reasonable attorneys' fees and costs and statutory interest as permitted by law; and

e.      Plaintiffs' release and dismissal with prejudice become effective only upon full and timely payment under the settlement agreement.

-2-

5:24-CV-02998-EKL
[PROPOSED] ORDER

4.    Upon notice to the Court that Defendants have fully and timely performed the settlement agreement, Plaintiffs shall file a request for dismissal with prejudice.

**IT IS SO ORDERED.**

Dated: ___June 1_____, 2026.    _____

Hon. Eumi K. Lee
United States District Judge

-3-

5:24-CV-02998-EKL
[PROPOSED] ORDER